(85 South. 921)

COMPTON v. CUNNINGHAM. (2 Div. 719.) (Supreme Court of Alabama. June 15, 1920.) Appeal from Circuit Court, Marengo County; R. I. Jones, Judge. S. W. Compton, of Demopolis, for appellant. Wm. Cunninghame, of Linden, for appellee.

PER CURIAM. This appeal is taken from a ruling on demurrer to a bill in equity, and

should have been taken within 30 days. Section 2838, Code 1907; Acts 1915, p. 137. Appeal dismissed.